UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FANNIE SLAUGHTER | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-649 |
| | § | |
| WALMART, INC. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 4, 2023, the Report of the Magistrate Judge, (Dkt. #57), was entered containing proposed findings of fact and recommendation that Walmart, Inc.'s Traditional and No-Evidence Motion for Summary Judgment, (Dkt. #38), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Walmart, Inc.'s Traditional and No-Evidence Motion for Summary Judgment, (Dkt. #38), is **GRANTED**. Plaintiff Fannie Slaughter's claims are **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 22nd day of April, 2023.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE